**Order entered April 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01367-CR

## DONALD NOLAN LEHMAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F18-76726-Y

## ORDER

We **REINSTATE** this appeal.

We abated for the appointment of new counsel. On April 15, 2020, the supplemental clerk's record containing the appointment was filed. We **DIRECT** the Clerk to list Jeff Buchwald as appellant's counsel in this appeal. All future correspondence will be sent to Mr. Buchwald at the address on file.

The record has been filed. Appellant's brief is **DUE** June 1, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to Jeff Buchwald; and to the Dallas County District Attorney's Office.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE